FILED
2018 JAN 10 A 10:44
U.S. DISTRICT COURT
NEW HAVEN, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

IN RE: SEARCH WARRANT AND
APPLICATION

: MISC. CRIMINAL NO.
:
: 3:18mj16(JGM)

CONTENTS: Search Warrant; Application; Affidavit

JUDICIAL OFFICER: Hon. Joan G. Margolis
United States Magistrate Judge

SUPERVISING ATTORNEYS: David E. Novick

DATE SEALED:
DATE UNSEALED: May 25, 2011

The contents of this envelope are ordered sealed and maintained by the United States Attorney's Office until further order of the Court.

SO ORDERED this 25th day of May, 2011, at New Haven, Connecticut.

/s/ Judge Joan G. Margolis
THE HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

d by court on JGM- 6/6/11
ewed by B-Kodko- 6/3/11

40,110

B79