UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| IN RE: SEARCH WARRANT AND APPLICATION | Case Nos. |
|---|---|

| | |
|---|---|
| 3:18MJ16(JGM) | 3:18MJ17(JGM) |
| 3:18MJ18(JGM) | 3:18MJ19(JGM) |
| 3:18MJ20(JGM) | 3:18MJ45(JGM) |
| 3:18MJ46(JGM) | 3:18MJ47(JGM) |
| 3:18MJ48(JGM) | 3:18MJ49(JGM) |
| 3:18MJ50(JGM) | 3:18MJ51(JGM) |
| 3:18MJ56(JGM) | 3:18MJ57(JGM) |
| 3:18MJ58(JGM) | 3:18MJ59(JGM) |
| 3:18MJ60(JGM) | 3:18MJ74(JGM) |
| 3:18MJ75(JGM) | 3:18MJ194(JGM) |
| 3:18MJ195(JGM) | 3:18MJ196(JGM) |
| 3:18MJ197(JGM) | 3:18MJ198(JGM) |
| 3:18MJ199(JGM) | |

March 25, 2020

## NOTICE OF NO OBJECTION TO UNSEALING

In each of the above-captioned sealed cases, the Court has issued an order to show cause directing the government to file a motion requesting continued sealing as appropriate, or a notice that there is no objection to the unsealing of the case.

Each of the captioned matters contains an application and affidavit in support of a search warrant, the search warrant itself, and a motion and order to seal.  The search warrants all concern the search of premises and/or previously seized electronic devices related to the Government's investigation of the Charter Oak Trust and related individuals and entities.  That investigation led to the indictment of Daniel Carpenter and Wayne Bursey, under case number 3:13cr226(RNC). Bursey passed away during the pendency of the case.  Carpenter was convicted by bench trial in 2016, and that conviction has been affirmed by the Court of Appeals.  A petition for rehearing *en banc* is currently pending.  The substance of the matters discussed in the warrants, applications,

and affidavits in the above cases was made public through the course of pre- and post-trial litigation, and in particular the several-week trial.  Therefore, there is no longer a basis to keep these cases sealed.  As a result, the Government has no objection to unsealing these cases.

<div style="margin-left:auto">

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*/s/ David E. Novick*

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Federal Bar No. phv02874
157 Church Street, 25th Floor
New Haven, CT  06510
Tel.:    (203) 821-3700

</div>